# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**CHARLES GRAY BRUCE,**              :

    **Petitioner,**              :    **CIVIL ACTION NO. 3:13-2362**

    **v.**              :    **(MANNION, D.J.)**
                         **(BLEWITT, M.J.)**

**J.E. THOMAS, Warden,**              :

    **Respondent,**              :

## ORDER

For the reasons discussed in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The court **DECLINES TO ADOPT** the report and recommendation, (Doc. No. 5);

(2) This case is **REMANDED** to Judge Blewitt for further proceedings.


                                            s/ *Malachy E. Mannion*
                                            **MALACHY E. MANNION**
                                            **United States District Judge**

**Date: December 13, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-2362-01-ORDER.wpd