**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**CHARLES GRAY BRUCE,**            :

    **Petitioner,**            :    CIVIL ACTION NO. 3:13-2362

    **v.**            :    **(MANNION, D.J.)**
                                             **(BLEWITT, M.J.)**

**J.E. THOMAS, Warden,**            :

    **Respondent**            :

## ORDER

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of the magistrate judge (Doc. 5) is **ADOPTED**;

**(2)** Petitioner Bruce's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**;

**(3)** Petitioner's request for an evidentiary hearing is **DENIED**;

**(4)** the Clerk of the Court is directed to **CLOSE THE INSTANT ACTION.**

                                                s/ *Malachy E. Mannion*
                                                **MALACHY E. MANNION**
                                                **United States District Judge**

Date: October 15, 2014

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2362-02-ORDER.wpd